# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELTON WHITNEY ERVIN, SR.,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent.

No. 80757

FILED

MAR 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

In this original pro se petition for a writ of mandamus, petitioner appears to seek an order directing the district court to act on a motion for sentence modification allegedly filed on July 9, 2019.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth*

20-10680

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____ A.J.C.
Gibbons

_____, J.
Hardesty

_____, J.
Cadish

cc:   Elton Whitney Ervin, Sr.
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

---

[1]We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits.